Walter S.Berwick

vs

C.A.Minor

No.8722

Charles F.Claiborne, Judge.

January 22nd 1923

Court of Appeal,
Parish of Orleans

Jan 23/1923

Jm. Schroder

Charles F.Claiborne,Judge

This is a suit on an open account.

Plaintiff alleges that the Travelers Insurance Company, Fred W.Sinclair,manager, employed the defendant,C.A.Minor,on a commission basis to solicit Insurance ; that the Company was to advance Minor certain sums of money which would be credited by the commissions which Minor would earn,and that in the event his commissions did not satisfy the amount of the advances,the said Minor was to reimburse the excess;that Minor's overdraft is($250.96 ) Two Hundred and fifty 90-100 for which he remains indebted and for which, petitioner is the transferree and subrogated to the Company's rights against Minor.

The answer was a general denial.

There was judgment for plaintiff and defendant has appealed.

The defendant testified that he was employed verbally at a salary of $250 per month for three months.He is corroborated by his wife.But the Mr Sinclair who employed him denies this the three receipts signed by the defendant bear out Mr Sinclair. They are dated January 31st for $100 ; February 12th 96 $75 and February 14th,and read as follows:

"Received of F.W.Sinclair,manager for Louisiana of the Travelers Insurance Company,Hartford,Conn($ 75 ) Seventy five dollars to be charged to my account.This advance shall be repaid by me on demand,unless satisfied my commissions or other compensation accrued or accruing under my agreement with the Company ".

"Signed" C.A.Minor

It is admitted that the amount claimed by plaintiff is correct, if otherwise due . We are satisfied that the defendant was mistaken as to the nature of his contract, and that the judgment of the trial Court is correct. It is therefore affirmed.

Judgment affirmed.

January 22nd 1923.